

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00342-CV

———————————————

WAL-MART STORES TEXAS, LLC, Appellant

V.

CARL LOUIS CHOJNICKI, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-327732-21

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Agreed Motion to Reverse Judgment and Remand." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Per Curiam

Delivered: October 24, 2024